MATHEW SHIELDS #000756
E.J.S.A-AD-SEG unit
S. T. U.
8 Production Way, PO Box 905
Avenel, NJ 07001
Plaintiff Pro Se

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 DEC 13 A 9:31

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

COMPLAINT

MATHEW SHIELDS

V

Sgt. A. COSTIERA
Lt. ESTRADA
S%-C. MATOS
S%-I. MATOS
MAJOR-FOLEY
MRS. J. OTTRILO
MRS. S. ADAMS.

*Suing in their official Capacity*

Civil Action No._____

42 U.S.C. § 1983

1) Jurisdiction is asserted pursuant to 42 U.S.C. § 1983

2) Previously Dismissed Federal Civil Actions or Appeals

Parties to previous lawsuit:_____

Civil Rights Complaint - 42 U.S.C. § 1983

Plaintiff(s):

Defendant(s):

b) Court and docket number:

Ground for dismissal: ( ) frivolous ( ) malicious

( ) failure to state a claim upon which relief may be granted

3) Place of Present confinement:

   Plaintiff is a Civilly-committed Detainee presently confined at the Special Treatment Unit, Avenel New Jersey, Pursuant to the New Jersey Sexually Violent Predator Act.

4) Parties:

a) Address:

MAthEW Shields #000756
EAst JERsey State Prison- Ad-Seg-Unit
S.T.U.
8 Production WAy
CN-905
Avenel, NJ, 07001

Resident #: 000756

Civil Rights Complaint - 42 U.S.C. § 1983

b.) First Defendant: Sgt. A. Costiera

Official position: Sgt. 1st Shift

Place of employment: E.J.S.P.-AD-SEG-UNIT-S.T.U.

1.) Failing to stop his officers from repeatedly assaulting me, instead, ordered his subordinates to continue to assault me, while in handcuffs. Standing and watching me get kicked, punched and stepped on by his officers, and did nothing to stop it.

c) Second Defendant: Lt. Estrada

Official position: 1st Shift Lt.- Supervisor

Place of employment: E.J.S.P.-AD-SEG-UNIT-S.T.U.

For failing to oversee and correct the abusive power that his Sgt. is showing, And over-looking the pattern of his subordinate (Sgt.) causing residents injuries, And overlooking the grievances that's also is submitted, due to his Sgt. constant, destructive behavior of this Sgt.

Page 3 of 8

Civil Rights Complaint - 42 U.S.C. § 1983

d) Third defendant - S/O MR. C. MATOS

Official position: CORRECTION OFFICER - 1st Shift

Place of employment: E.J.S.P. - AD-SEG - UNIT A - S.J.U.

For assaulting my physical being. While in handcuffs. Took me out of cell. And pushed me in corner, then again punched me in my face. While listening to Sgt. Knowing that assaulting me was wrong. But yet still continued to punching, me.

e) Forth defendant - S/O - I. MATOS

Official position: CORRECTION OFFICER - 1st Shift

Place of employment: E.J.S.P. - AD-SEG - UNIT B. - S.J.U.

For handcuffing me, throwing me to the floor, yelling out stop resisting. "Knowing I wasn't" And started punching me, while having his knee in my back. Following the orders of his Sgt. "Knowingly, knows that assaulting me, while in cuffs was/is wrong.

Civil Rights Complaint - 42 U.S.C. § 1983

f) Fifth defendant - MAJOR FOLEY

Official position: MAJOR (S.D.C.)

Place of employment: E.J.S.P. - AD. SEG - UNIT - S.J.N.

1.) FAILED to PROPERLY SUPERVISE STAFF to ADHERE / to ENSURE that they ADHERE POLICIES.
2.) FAILED to SET up POLICIES that Help guide Subordinates Conducts.
3.) TRAINING that IS SO RECKLESS OR grossly NEGLIGENT that future misconduct IS Almost INEVITABLE.

g) Sixth defendant -: MRS. J. OLBINO

Official position: Program Coordinator - D.H.S./D.D.H.

Place of employment: E.J.S.P. - AD - SEG - UNIT - S.J.N.

FOR OVERLOOKING AND DIS-REGARDING ~~Official position:~~ the numerous complaints of correctional officers, routine abuses that's going on ~~Place of employment:~~ In this facility. And taking S.D.C. reports and not investigating Any Further. "Causing these Assaults to Happen on A Routine BASIS."

h) Seventh defendant name MRS. S. ADAMS

Official position: UNIT DIRECTOR - D.O.H.

Place of employment: E.J.S.P. - AD-SEG-UNIT-S.T.U.

For Looking blindly at the physical abuses that D.O.C. is conducting in this facility. And not investigating or questioning, "Why are residents being physically assaulted, or even make an effort to come see and talk to us." Allowing D.O.C. to continue to use or assault us, until another resident (like Darryl Smith, dies by correction officers hands.

5. Previous Relief Sought

I [have]/have not] previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of the Statement of Claims on page

But as always, D.O.H. - D.H.S. says that they don't get involved with D.O.C.'s conduct and issues. "Nothing is resolved."

Civil Rights Complaint - 42 U.S.C. § 1983

6) Statement of Claims



See Attached

7) Relief Sought

[State briefly exactly what you want the court to do for you. Make no legal argument. Cite no cases or statutes.]

1.) Asking that the courts enter judgement declaring the acts of defendants Sgt. Costeera and associates to violate the rights of plaintiff under the Eighth and Fourteenth Amendments of the U.S. Constitution.

2.) that the court award general damages to plaintiff

3.) that the court award

Statement of Claim                                12/7/19

On 12/6/19, at 8:55 A.M., the 1st Shift Sgt. (Sgt. A. Costiera) came to my cell (316) with 3 Correction Officers (S/C/O - C. Matos / I. Matos / S/C/O - Freeman)

Sgt. A. Costiera, started --- threatening me, and telling me that he will fuck me up.

I responded, by telling him, (Sgt. A. Costiera) that I'm not his kid.

Sgt. A. Costiera, then ordered his officers to go in my cell and handcuff me. After I was handcuffed, S/C/O - C. Matos, started punching and kicking me, while I was in handcuffs.

Sgt. A. Costiera, said again to his officers, "fuck him up".

After about 3 minutes, Sgt. A. Costiera, told his officers, (Officer - O. Matos / I. Matos / C.O. Freeman to bring me out of my cell. As S/C/O - Freeman was bringing me out of cell

While in Handcuffs (tightly) Shoved me in the corner in between cell 316 and 317, And then, while Sgt. A. Costrera was observing, S/O-C. Malos punched me in the face. S/O-S. Byres pulled him (S/O-Cristas) away from me. — Telling him that its not worth loosing his job over. "Taking orders from Sgt. A. Costrera, Lowneds Assault me."

I was then, taken down-stairs, "while in Handcuffs" being taken to S-unit, (Annex facility)

\* Not Allowing Any D.O.H.-D.H.S. staff to come to see my well being, my physical well being. \*

As the Correction officers, was taking me to S-Unit, Sgt. A. Costrera started threatening me Again.

I was placed in cell 18, in D-unit. My body is sore, rib cage, wrists, from cuffs being too tight.

I haven't seen any one from

D.O.H./D.H.S. treatment staff, nor have any nurses been back here (D-unit) to check on my well being (physically).

Also, S/O-Aponte had me checked by some screening chair. And unexpectedly snatched me off of chair and again started physically assaulting me again with other correction officers. Causing eye injuries and sore legs, from being knee-d in them by S/O-Aponte, C.O-C.Matos, C.O. I. Matos, with Sgt. A. Costera just standing their watching his subordinates causing me physical harm. And I am thrown in cell 18 after I have been assaulted by these correction officers again.

I haven't seen any Department of Human Services or Department of Health since my being physically assaulted by these correctional officers.

They (D.O.H./D.H.S.) Merril Main, Shantay Adams, J. Otero, M. Madru and the treatment team. Always turns their backs on the residents when we/I are being seriously

physically harmed by D.O.C.

* The Supreme Court held prison staff show deliberate indifference when they fail to take reasonable safeguards despite their actual knowledge of an excessive or substantial risk to a persons safety.

Courts have mainly applied the deliberate indifference standard to case where a prison official does not prevent a prisoner from being assaulted.

Deliberate indifference lawsuits are also known as "'Failure to protect" claims.

Courts ruled that "excessive" or "unnecessary force" by correction officers or prison staff violates the Constitution, and may be remedied by damages or injunctive relief.

Courts also ruled that often, the length of time prisoners/ residents are subjected to an unpleasant situation plays a part in determining whether it is cruel and unusual but especially degrading or "abusive situations" are unconstitutional, even if

Imposed for short periods of time.*

I've been in cell 18-D-unit, with a migraine headache from the swelling of my left eye, caused by the correction officers assaulting me, while in handcuffs.

And no one is allowed to see or talk to me as per Lt. Estrada and Sgt. A. Costrera. "Trying to cover up the abuse, physical abuse that they caused. ** The constitution right to be free from bad faith or malicious and sadistic motives is - - - sufficient to support a damage judgement against state law enforcement officials under 42 U.S.C.§ 1983.**

Civil Rights Complaint - 42 U.S.C. § 1983

Plaintiff.
(IN courts discretion)

4.) That the court grant such other further relief to plaintiff as it deems appropriate.

5.) And grant me with an injunctive relief so I can't endure any further retaliation.

8) Plaintiff requests a [(jury) / non-jury trial]? [select only one]

I declare under penalty of perjury that the forgoing is true and correct to my knowledge, And would not knowingly or willfully give false information to the court.

Signed this ___7th___ day of ___DECEMBER___, 20__19__

___Mathew Shields___ #020756
Signature of Plaintiff.