12/7/19

TO:

Court Clerk

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2019 DEC 13 A 9 37

My name is Mathew Shields
#000756.

And I've Enclosed a 1983
and a Inform Paupers. Asking
the Court to Submitt them for
me.

Respectfully
Submitted

Mathew Shields

#000756